

Attorneys admitted in
California, New York,
Texas, Illinois, and Colorado

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

September 23, 2025

**DELIVERED VIA ECF**
Honorable Margaret M. Garnett
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

                    **Case Title:**    *Andy Ryan Photographer, LLC v. Glass Flooring Systems Inc. et al.*
                                                  1:25-cv-06441-MMG
                    **Re:**          Request for Extension

Your Honor:

      This office represents Plaintiff Andy Ryan Photographer, LLC in the above-referenced matter. We write jointly with counsel for Defendants to respectfully request that the Court extend the deadline to file the joint letter regarding settlement and case status pursuant to the Court's August 7, 2025 Order (Dkt. 8), from September 25, 2025 to October 2, 2025.

      Counsel for Defendants has recently confirmed that their office will be defending this action on behalf of Glass Flooring Systems, Inc., and has requested a short extension to respond to the Complaint. The parties are conferring regarding case scheduling and have agreed to speak further about the case following the holiday and are coordinating a time to do so later this week.

      This is Plaintiff's first request for an extension of the joint letter deadline. Defendants consent to this request. We respectfully submit that good cause exists for this short extension, which will allow the parties additional time to discuss the case and assess next steps, including potential settlement or anticipated motion practice. We thank the Court for its attention to this matter.

                                                    Respectfully submitted,

                                  By:   */s/ David Michael Stuart Jenkins*
                                       David Michael Stuart Jenkins, Esq.
                                       DONIGER / BURROUGHS
                                       For the Plaintiff

**SO ORDERED.**

Dated: September 25, 2025.

                                              _____
                                              Honorable Margaret M. Garnett
                                              United States District Judge

1