**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

ANDY RYAN PHOTOGRAPHER, LLC,

                        Plaintiff,

               -against-

GLASS FLOORING SYSTEMS INC.

                    Defendant.

-----------------------------------------------------------------

                   **ORDER**

            **25-CV-6441 (MMG)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The parties appeared before this Court for an in-person settlement conference on April 16, 2026. The parties met for several hours before adjourning, but no settlement was reached. However, the parties expressed an interest in a second settlement conference after additional discovery is completed.

In the event the parties would like to schedule a second conference, they are to notify the Court via letter motion and also email Courtroom Deputy Christopher Davis at WillisNYSDChambers@nysd.uscourts.gov with at least three mutually agreeable dates. The parties are to provide dates at least four weeks out to facilitate scheduling.

SO ORDERED.

DATED:    New York, New York
           April 17, 2026

                       *Jennifer E. Willis*
                         _____
                         JENNIFER E. WILLIS
                         United States Magistrate Judge